IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-0056-N |
| | § | |
| MCKOOL SMITH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Plaintiff Chelsea L. Davis's request for findings of fact and conclusions of law [Doc. 41], Davis's motion to reopen and request for hearing [42], Davis's third motion for new trial [45]; and Davis's motion for leave to file supplemental complaint [46].[1]  The Court denies the requests and motions.

Signed January 21, 2015.

_____
David C. Godbey
United States District Judge

---

[1] Plaintiff objects to the undersigned judge on the basis of an appointment to a District Grievance Committee for the State Bar of Texas; there is no such appointment.

ORDER – SOLO PAGE